# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **WILLIS R WINSLOW,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**LONNIE BUSH REAL ESTATE, LLC**, a Virginia registered company,<br><br>*Defendant.* | Case No. 1:24-cv-00334<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

## CLASS ACTION COMPLAINT

Plaintiff Willis R Winslow ("Plaintiff Winslow" or "Winslow") brings this Class Action Complaint and Demand for Jury Trial against Defendant Lonnie Bush Real Estate, LLC, ("Defendant" or "Lonnie Bush Real Estate") to stop the Defendant from violating the Telephone Consumer Protection Act ("TCPA") by placing unsolicited telemarketing calls to consumers whose phone numbers are registered on the National Do Not Call Registry ("DNC"). Plaintiff also seeks injunctive and monetary relief for all persons injured by Defendant's conduct. Plaintiff Winslow, for this Complaint, alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

## PARTIES

1.      Plaintiff Winslow is a resident of Harrisburg, North Carolina.

2.      Defendant Lonnie Bush Real Estate is a company registered in North Carolina, with an office located in Raleigh, North Carolina.

## JURISDICTION AND VENUE

3.      This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

4.      This Court has personal jurisdiction since the Defendant registered its company in North Carolina, maintains an office in North Carolina, and its agents contacted the Plaintiff who is located in North Carolina. Venue is proper since the Plaintiff is located in this District and the wrongful conduct giving rise to this case was directed into this District.

## INTRODUCTION

5.      As the Supreme Court explained at the end of its term this year, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

6.      When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

7.      By 2003, due to more powerful autodialing technology, telemarketers were calling 104 million Americans every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

8.      The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

9.      According to online robocall tracking service "YouMail," 4.3 billion robocalls were placed in January 2024 alone, at a rate of 137.9 million per day. www.robocallindex.com (last visited February 5, 2024).

10.      The FCC also has received an increasing number of complaints about unwanted calls, with 150,000 complaints in 2016, 185,000 complaints in 2017, and 232,000 complaints in 2018. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

11.      "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

12.      "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

## COMMON ALLEGATIONS

13.      Lonnie Bush Real Estate is a real estate brokerage.[3]

14.      Lonnie Bush Real Estate works with consumers to buy/sell properties in Virginia and North Carolina, for a profit.

15.      Lonnie Bush Real Estate earns a commission from each transaction from its agents.[4]

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls

[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf

[3] https://www.lonniebush.com

[4] https://www.glassdoor.com/Reviews/Lonnie-Bush-Real-Estate-Reviews-E3039473.htm

16.     Lonnie Bush Real Estate relies heavily on directing its real estate agents to place cold calls to consumers to generate real estate business.

17.     Lonnie Bush, the owner of Lonnie Bush Real Estate is personally involved in the training and development of his real estate agents, which includes training to place cold calls and otherwise engage in prospecting:



**Lonnie Bush**
June 4, 2023 · 🌐

I had some great conversations this week with a few of my newer agents about how they can get better. See, they are doing a lot of prospecting, dialing, texting, emailing etc., the part of our business that nobody loves.  That is until we see the results that it produces. When we build into our daily activities the ABSOLUTELY necessary things that it takes to be successful, WE control our own destiny, not Brokers, not Coaches...but yourself.                     5

18.     In job postings for Inside Sales employees, Lonnie Bush Real Estate lists cold calling as a job requirement:

**Responsibilities**

We are in need of a real estate inside sales agent to join our growing team. You'll be responsible for prospecting new leads, making cold calls, building relationships with potential clients, and improving our lead conversion rate. If you're driven to achieve, love developing relationships with clients, and have a strong work ethic, start your application today! Responsibilities: Give monthly and quarterly sales reports to the team to show progress toward company goals Hunt, manage, and qualify inbound sales inquiries to convert leads to appointments so agents can respond to customers quickly and efficiently Use CRM to compile a list of all leads to ensure agents have up-to-date information to move through the listing and closing process Develop new business opportunities within specific geographies to expand clientele Turn prospective clients into qualified real estate leads by continuously following up via phone calls and email and facilitating communication and adding them to the sales pipeline Qualifications: Must possess great communication and interpersonal skills  6

---

[5] https://www.facebook.com/TheLonnieBush
[6] https://www.wayup.com/i-Real-Estate-j-Lonnie-Bush-Real-Estate-539450283167448/

**Responsibilities**

Since growing and expanding, The Lonnie Bush Real Estate Team has a unique opportunity for talented and motivated Inside Sales professionals. This is your opportunity to join an incredibly successful team. Grow your career and earn a significant financial income with us... we'll show you how it's done! The ideal person should be decisive, self-motivated and have a consultative style. Creativity and curiosity are vital to this role. We need individuals who are hungry to expand their customer service skills and want to learn how to make sales happen! Your role includes relationship building, cold calling, follow-up through emails, product demonstrations and creating strategies to generate interest. We want you to take your skills to the next level! We have a competitive compensation that is a combination of salary and bonuses with no ceiling on income. Stellar performers have the opportunity to make more in bonuses than salary! Are you our next stellar performer? You can make $50,000 in your first year while enjoying a comfortable base salary. Start the process by applying [7]

19.     Lonnie Bush Real Estate celebrates the number of "dials" its real estate agents place. In fact, on February 1, 2024, Heather Bush, the wife of Lonnie Bush and COO of Lonnie Bush Real Estate, posted on Facebook that her team had placed over 20,000 dials in January of 2024 alone. This same post was also shared on the Lonnie Bush Real Estate Facebook page:[8]



**Heather Palmer Bush** is with **Gracie Hailey** and **24 others**.
4 days ago · 🌐

Our team has crushed 2024 so far...over 20k dials (what the what), 115 appts (geeze Louise) and this girl set 15 herself!
Lonnie & I are grateful for the opportunity to walk alongside these amazing humans as they dominate 2024!
Lonnie Bush Real Estate                                                    [9]

20.     Heather Bush also put up a post on Facebook on January 27, 2024 celebrating the fact that one real estate agent placed over 600 calls in one week which resulted in 7 appointments:

[7] https://www.wayup.com/i-Real-Estate-j-Lonnie-Bush-Real-Estate-985623699510752/
[8] https://www.facebook.com/profile/100063929356318/search/?q=dials
[9] https://www.facebook.com/heatherstablevb/



**Heather Palmer Bush** is with **Tamera Humphrey** and **2 others**. ⋯

January 27 at 4:41 PM · 🌐

little brag post on Tyler!
One week on the team over  6 0 0 dials & a whopping 7 appointments set 💥💥💥💥💥
Literal rockstar status!
The energy & drive on this Lonnie Bush Real Estate LPT Realty team is hands down second to none. I'm so honored to have this group of amazing humans with us on this journey!
Keep #EmbracingTheGrind

👍❤️ Curt Lind and 64 others          26 💬  1 ↪  10

21.    Lonnie Bush Real Estate provides consumer leads to its real estate agents, directing the agents to place calls to those leads:



**Lonnie Bush Real Estate**
May 26, 2022 · 🌐

We're on the hunt for experienced real estate sales agents to join our growing team. You won't have to hunt for leads.

If you're an ambitious, motivated, and polished real estate professional looking for a rewarding full-time sales position, start your application today!

If you are looking for a Real Estate company whose systems are built around making our team members the most successful, we look forward to hearing from you!

We are seeking people-oriented individuals with great attitudes. Our agents are dedicated to their craft and have a proven track record of success We offer the best training, support, website, tools, and systems to help you grow a client base consistently.

Are you seeking an opportunity with a company that is truly invested in your success?

Do you have high levels of motivation?
Do you have a strong work ethic and a desire to be successful?
Do you have great communication skills?
Do you like interacting with people?
If we still have your attention then we would LOVE to meet you!

You do not have to spend a penny on leads, we provide them along with the tools to manage them and help YOU grow YOUR business!

We have a proven, differentiated marketing system that provides unlimited, qualified leads. Our Real Estate Sales Team members spend the most time doing what they love (converting leads, selling, and making money) and less of what they don't like (handling time-consuming paperwork). Our team works hard to super-charge your success!          11

---

[10] Id.
[11] https://www.facebook.com/profile/100063929356318/search/?q=training

22.     Some of the calls made to consumers by Defendant's agents are to consumers who never consented to receive those calls and who registered their phone numbers on the national Do Not Call registry, like the Plaintiff in this case.

23.     In response to these calls, Plaintiff Winslow brings forward this case seeking injunctive relief requiring the Defendant to cease from violating the TCPA, as well as an award of statutory damages to the members of the Class and costs.

## PLAINTIFF WINSLOW'S ALLEGATIONS

24.     Plaintiff Winslow is the sole owner and user of his cell phone number ending in 6961.

25.     Plaintiff Winslow has owned his cell phone number for approximately 30 years.

26.     Plaintiff Winslow registered his cell phone number on the DNC on December 15, 2005.

27.     Plaintiff Winslow uses his cell phone number for personal use only as one would use a landline telephone number in a home, including to communicate with family and friends.

28.     Plaintiff Winslow has never advertised his cell phone number online or used it for business purposes.

29.     The calls that Plaintiff Winslow received from Lonnie Bush Real Estate were all received more than 31 days after the Plaintiff registered his cell phone number on the DNC.

30.     On January 15, 2024, Plaintiff Winslow received 3 unsolicited back-to-back calls from Lonnie Bush Real Estate at 11:22 AM from 757-448-3733.

31.     When Plaintiff Winslow answered the third call, a real estate agent identified the company name Lonnie Bush Real Estate.

32.     The purpose of the call was to find out if Plaintiff Winslow was looking to buy or sell a property in which the agent could represent the Plaintiff.

33.     Plaintiff Winslow told the real estate agent that he is not looking to buy or sell a property and the call was ended.

34.     Phone number 757-448-3733 is owned/operated by John Leu, a Lonnie Bush Real Estate agent.

35.     Leu has been recognized by Lonnie Bush Real Estate as one of their top producers as December 2023:



36.     Plaintiff Winslow received a 4th unsolicited call from Lonnie Bush Real Estate on January 15, 2024 at 2:01 PM from 757-448-3733.

37.     When Plaintiff Winslow answered this call, a real estate agent identified the company name Lonnie Bush Real Estate.

38.     As with the previously answered call, the purpose of the call was a solicitation to find out if Plaintiff Winslow was looking to buy/sell a property.

---

[12] https://www.facebook.com/photo/?fbid=801638735310431&set=pcb.801638861977085

39.     Plaintiff told the real estate agent that he has not lived in Virginia for 17 years and was not sure why he was receiving calls about moving or buying/selling a property in Virginia.

40.     On January 16, 2024 at 4:21 PM, Plaintiff Winslow received 2 back-to-back calls from Lonnie Bush Real Estate, from 757-448-3733.

41.     Plaintiff Winslow has never done business with Lonnie Bush Real Estate and has never given them consent to call his phone number.

42.     The unauthorized solicitation phone calls that Plaintiff Winslow received from or on behalf of Defendant Lonnie Bush Real Estate have harmed Plaintiff in the form of annoyance, nuisance, and invasion of privacy, occupied his phone line, and disturbed the use and enjoyment of his phone.

43.     Seeking redress for these injuries, Plaintiff Winslow, on behalf of himself and a Class of similarly situated individuals, brings suit under the TCPA.

## CLASS ALLEGATIONS

44.     Plaintiff Winslow brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Class:

> **Do Not Call Registry Class:** All persons in the United States who from four years prior to the filing of this action through class certification (1) Lonnie Bush Real Estate called more than one time, (2) within any 12-month period, (3) where the person's residential telephone number had been listed on the National Do Not Call Registry for at least thirty days, (4) for substantially the same reason Defendant called Plaintiff.

45.     The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, its subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or their parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's

attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against the Defendant have been fully and finally adjudicated and/or released. Plaintiff Winslow anticipates the need to amend the Class definition following appropriate discovery.

46.     **Numerosity and Typicality**: On information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable, and Plaintiff is a member of the Class.

47.     **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

(a)     Whether Defendant's conduct violated the TCPA;

(b)     Whether Defendant placed multiple calls within a 12-month period to Plaintiff and other consumers whose telephone numbers were registered with the DNC for at least 30 days of the time of each call;

(c)     whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

48.     **Adequate Representation**: Plaintiff Winslow will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff Winslow has no interests antagonistic to those of the Class, and the Defendant has no defenses unique to Plaintiff. Plaintiff Winslow and his counsel are committed to vigorously

prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff Winslow nor his counsel have any interest adverse to the Class.

49.     **Appropriateness**: This class action is also appropriate for certification because the Defendant has acted or refused to act on grounds generally applicable to the Class and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Class as wholes, not on facts or law applicable only to Plaintiff Winslow. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendant's misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

<u>**FIRST CLAIM FOR RELIEF**</u>
**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Winslow and the Do Not Call Registry Class)**

50.     Plaintiff repeats and realleges the prior paragraphs of this Complaint and incorporates them by reference herein.

51.     The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered his or his telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

52.     Any "person who has received more than one telephone call within any 12-month

period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object. 47 U.S.C. § 227(c).

53.     Defendant violated 47 C.F.R. § 64.1200(c) by initiating, or causing to be initiated, telephone solicitations to telephone subscribers such as Plaintiff Winslow and the Do Not Call Registry Class members who registered their respective telephone numbers on the National Do Not Call Registry, a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal government.

54.     Defendant violated 47 U.S.C. § 227(c)(5) because Plaintiff Winslow and the Do Not Call Registry Class received more than one telephone call in a 12-month period made by or on behalf of the Defendant in violation of 47 C.F.R. § 64.1200, as described above.

55.     As a result of Defendant's conduct as alleged herein, Plaintiff Winslow and the Do Not Call Registry Class suffered actual damages and, under section 47 U.S.C. § 227(c), are entitled, inter alia, to receive up to $500 in damages for such violations of 47 C.F.R. § 64.1200.

56.     To the extent Defendant's misconduct is determined to be willful and knowing, the Court should, pursuant to 47 U.S.C. § 227(c)(5), treble the amount of statutory damages recoverable by the members of the Do Not Call Registry Class.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays for the following relief:

a) An order certifying this case as a class action on behalf of the Class as defined above; appointing Plaintiff as the representative of the Class; and appointing his attorneys as Class Counsel;

b) An award of money damages and costs;

c) An order declaring that Defendant's actions, as set out above, violate the TCPA;

d) An injunction requiring Defendant to cease all unsolicited calling activity, and to otherwise protect the interests of the Class; and

e) Such further and other relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff Winslow requests a jury trial.

Respectfully Submitted,

**WILLIS R WINSLOW**, individually and on behalf of all others similarly situated,

DATED this 18th day of April, 2024.

By: /s/ *Ryan Duffy*
The Law Office of Ryan P. Duffy, PLLC
1213 W. Morehead Street
Suit 500, Unit #450
Charlotte, North Carolina 28208
ryan@ryanpduffy.com
Telephone: (704) 741-9399

*Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4

Miami, FL 33133
Telephone: (305) 469-5881

*Pro hac vice motion forthcoming*

*Attorney for Plaintiff and the putative Class*